

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-24-00047-CV

___

JALAL GHALADARAKI SOLTANI, APPELLANT

V.

COVENANT HEALTH SYSTEM, APPELLEE

___

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. DC-2022-CV-0866, Honorable Les Hatch, Presiding

___

June 10, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Jalal Ghaladaraki Soltani, appeals from the trial court's *Order Granting Motion to Dismiss of Covenant Health System*. Soltani's brief was originally due March 27, 2024, but was not filed. By letter of April 23, 2024, we granted Soltani an extension to May 15, 2024, and admonished him the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by this deadline. To date, Soltani has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P.
38.8(a)(1), 42.3(b).

Per Curiam